AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia

| | |
|---|---|
| United States of America<br>v.<br>Franklin Fitzgerald Elly<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No.<br><br>2:25-mj-00127 |

**FILED** JUL - 8 2025
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **June 17, 2025** in the county of **Kanawha** in the **Southern** District of **West Virginia**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 2 | Aiding and Abetting the Distribution of Fentanyl |

This criminal complaint is based on these facts:

On June 17, 2025, at or near Saint Albans, Kanawha County, West Virginia, within the Southern District of West Virginia, Franklin Fitzgerald Elly aided and abetted Eric Jaeshon Ray in distributing approximately 30 grams of fentanyl, a Schedule II controlled substance, to another person.

☐ Continued on the attached sheet.

*Complainant's signature*

SA Jennifer L. King (FBI)
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone (specify reliable electronic means).

Date: 07/08/2025

*Judge's signature*

City and state: Charleston, West Virginia

Dwane L. Tinsley, United States Magistrate Judge
*Printed name and title*